UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO MODELO T.,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>Defendant. | Case No.:  21cv1077-MSB<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 [ECF NO. 15]** |

Presently before the Court is the parties' "Joint Motion for the Award of Attorney Fees Under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412(d)" ("Joint Motion"). (ECF No. 15.)  Having considered the Joint Motion and the applicable law, the Court finds the request to be reasonable and appropriate, and **GRANTS** the Joint Motion.

///
///
///
///

Accordingly, **IT IS ORDERED** that attorney fees in the amount of $1,479.27 pursuant to 28 U.S.C. § 2412(d), and costs in the amount of $402.00, to be paid separately from the Judgment Fund, pursuant to 28 U.S.C. § 1920, be awarded subject to the terms of the Joint Motion.

**IT IS SO ORDERED.**

Dated: May 25, 2022

Honorable Michael S. Berg
United States Magistrate Judge